IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00160-CR

 

The State of Texas,

                                                                                    Appellant

 v.

 

Brian Keith Grisham,

                                                                                    Appellee

 

 

 



From the 12th District
Court

Walker County, Texas

Trial Court No. 24254

 



MEMORANDUM  Opinion



 

The State has filed a motion to dismiss
its appeal.  See Tex. R. App.
P. 42.2(a).  We have not issued a decision in this appeal.  Accordingly, the
appeal is dismissed.

 

REX D. DAVIS

Justice

 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Dismissed

Opinion
delivered and filed November 4, 2009

Do
not publish

[CR25]








 






e='font-family:"CG Times"'>Chief
Justice

Before Chief Justice Gray,

      Justice Vance, and

      Justice
Reyna

Affirmed

Opinion
delivered and filed October 12, 2005

Do
not publish

[CR25]